IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

7 2019

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:19-cr-212 |
| v. | ) |
| | ) 8 U.S.C. § 1326(a) |
| DANIEL ROSAS MARTINEZ, | ) (Illegal Reentry after Removal) |
| a/k/a "Daniel Martinez-Caztillo," | ) |
| a/k/a "Daniel Rojas," | ) |
| a/k/a "Daniel Rosas-Martinez," | ) |
| Defendant. | ) |

## INDICTMENT

July 2019 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

On or about November 11, 2018, at or near Manassas, Virginia, in the Eastern District of Virginia, the defendant, DANIEL ROSAS MARTINEZ, an alien, was found in the United States after having been removed from the United States on or about September 18, 2014, at or near Brownsville, Texas, and on or about January 22, 2015, at or near San Luis, Arizona, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission to the United States.

(In violation of Title 8, United States Code, Section 1326(a)).

A TRUE BILL

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

FOREPERSON

G. Zachary Terwilliger
United States Attorney

By: _____
Jordy Hur
Special Assistant United States Attorney
Raizza K. Ty
Assistant United States Attorney